# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA (Southern Division - Santa Ana)
# CRIMINAL DOCKET FOR CASE #: 8:21-mj-00464-DUTY All Defendants

Case title: USA v. Bahadorifar

Date Filed: 07/01/2021

Other court case number: 21 CRIM 430 Southern District of New York

Date Terminated: 07/02/2021

Assigned to: Duty Magistrate Judge

**Defendant (1)**

**Niloufar Bahadorifar**
*TERMINATED: 07/02/2021*
*also known as*
Nellie
*TERMINATED: 07/02/2021*

represented by **Kelley Munoz**
Federal Public Defenders Offices
Southern Division
411 West 4th Street Suite 7110
Santa Ana, CA 92701-4598
714-338-4500
Fax: 714-338-4520
Email: Kelley_Munoz@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

**Disposition**

None

**Plaintiff**

| USA | represented by | **US Attorney's Office** |
|---|---|---|

AUSA - Office of US Attorney
411 W 4th Street Suite 8000
Santa Ana, CA 92701-4599
714-338-3500
Email:
USACAC.SACriminal@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/01/2021 | 1 | AFFIDAVIT RE: OUT-OF-DISTRICT WARRANT (Rule 5(c)(3)) filed as to defendant Niloufar Bahadorifar, originating in the Southern District of California. Defendant charged in violation of: 50/18/31 : 1705/1349, 1956 /4324. Signed by agent Babak Adib, FBI, Special Agent. filed by Plaintiff USA. (cio) (Entered: 07/02/2021) |
| 07/01/2021 | 2 | REPORT COMMENCING CRIMINAL ACTION as to Defendant Niloufar Bahadorifar; defendants Year of Birth: 1974; date of arrest: 6/29/2021 (cio) (Entered: 07/02/2021) |
| 07/01/2021 | 3 | Defendant Niloufar Bahadorifar arrested on warrant issued by the USDC Southern District of New York at New York. (Attachments: # 1 Out-of-District Indictment, # 2 Out-of-District Order)(cio) (Entered: 07/02/2021) |
| 07/01/2021 | 4 | MINUTES OF ARREST ON OUT OF DISTRICT WARRANT held before Magistrate Judge Karen E. Scott as to Defendant Niloufar Bahadorifar. Court issues Order under Fed. R. Crim. P. 5(f) concerning prosecutor's disclosure obligations; see General Order 21-02 (written order). Defendant arraigned and states true name is Attorney: Kelley Munoz for Niloufar Bahadorifar, Deputy Federal Public Defender, present. Court orders bail set as: Niloufar Bahadorifar (1) $80,000 Appearance Bond, (SEE BOND CONDITIONS). Defendant remanded to the custody or currently in the custody of the US Marshal. Court orders defendant held to answer to Southern District of New York. Bond to Transfer. Defendant ordered to report on as directed by SDNY. Appointment of counsel subject to possible contribution at a later time as determined by the assigned District Judge in the charging district. Court GRANTS government motion to stay the release for 24 hours. Court Reporter: Debbie Gale. (cio) (Entered: 07/02/2021) |
| 07/01/2021 | 5 | WAIVER OF RIGHTS approved by Magistrate Judge Karen E. Scott as to Defendant Niloufar Bahadorifar. (cio) (Entered: 07/02/2021) |
| 07/01/2021 | 6 | |

| | | |
|---|---|---|
| | | NOTICE OF REQUEST FOR DETENTION filed by Plaintiff USA as to Defendant Niloufar Bahadorifar (cio) (Entered: 07/02/2021) |
| 07/01/2021 | 7 | FINANCIAL AFFIDAVIT filed as to Defendant Niloufar Bahadorifar. (Not for Public View pursuant to the E-Government Act of 2002) (cio) (Entered: 07/02/2021) |
| 07/01/2021 | 8 | DECLARATION RE: PASSPORT filed by Defendant Niloufar Bahadorifar, declaring that my passport and any other travel documents are in the possession of federal authorities. If any such document is returned to me during the pendency of this case, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case. (cio) (Entered: 07/02/2021) |
| 07/01/2021 | 9 | ASSERTION OF FIFTH AND SIXTH AMENDMENT RIGHTS filed by Defendant Niloufar Bahadorifar (cio) (Entered: 07/02/2021) |
| 07/01/2021 | 10 | ADVISEMENT OF STATUTORY & CONSTITUTIONAL RIGHTS filed by Defendant Niloufar Bahadorifar. (cio) (Entered: 07/02/2021) |
| 07/02/2021 | | Notice to SOUTHERN DISTRICT OF CALIFORNIA of a Rule 5 or Rule 32 Initial Appearance as to Defendant Niloufar Bahadorifar. Your case number is: 21 CRIM 430. The clerk will transmit any restricted documents via email. Using your PACER account, you may retrieve the docket sheet and any text-only entries via the case number link. The following document link(s) is also provided: 4 Initial Appearance - Arrest on Out of District Warrant - Rule 5(c)(3) (fka Rule 40),,,. If you require certified copies of any documents, please send a request to email address CrimIntakeCourtDocs-LA@cacd.uscourts.gov (cio) (Entered: 07/02/2021) |
| 07/02/2021 | | Notice to Southern District of New York of a Rule 5 or Rule 32 Initial Appearance as to Defendant Niloufar Bahadorifar. Your case number is: 21 CRIM 430. The clerk will transmit any restricted documents via email. Using your PACER account, you may retrieve the docket sheet and any text-only entries via the case number link. The following document link(s) is also provided: 4 Initial Appearance - Arrest on Out of District Warrant - Rule 5(c)(3) (fka Rule 40),,,. If you require certified copies of any documents, please send a request to email address CrimIntakeCourtDocs-LA@cacd.uscourts.gov (cio) (Entered: 07/02/2021) |