LAW OFFICES OF

# JEFFREY LICHTMAN

11 EAST 44TH STREET

SUITE 501

NEW YORK, NEW YORK 10017

www.JeffreyLichtman.com

JEFFREY LICHTMAN
JEFFREY EINHORN
DAVID GELFAND

PH: (212) 581-1001

FX: (212) 581-4999

March 28, 2023

**BY ECF**
Hon. Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: United States v. Niloufar Bahadorifar, 21 CR 430 (RA)

Dear Judge Abrams:

### A.    INTRODUCTION

This letter is submitted on behalf of defendant Niloufar Bahadorifar in anticipation of her April 7, 2023 sentencing.  To state emphatically: this is a highly unusual case, unlike anything I have handled in this Courthouse in the over 32 years of my practice, in which the defendant and her family have surely been marked for retribution not by an organized crime family, but by the world's foremost sponsor of global terrorism, the Islamic Republic of Iran. The Iranian terror regime's audacious terrorism is so extreme that during the pendency of this criminal case, which details the unknowing finance of a plot to kidnap and/or kill the Iranian dissident Masih Alinejad, Iran's terror regime made another attempt on Ms. Alinejad's life: a man armed with an AK-47-style rifle was seen in broad daylight in front of her Brooklyn home, and, ultimately arrested.  In a statement to law enforcement, this perpetrator admitted that he had been in Brooklyn because he was "looking for someone."[1]

Because the defendant will suffer from the fallout of this case for the rest of her life, as well as for the reasons listed below, the defendant respectfully requests a probationary sentence, which is "sufficient, but not greater than necessary to comply with the purposes" set forth in 18

---

[1] See Benjamin Weiser, Man With Loaded Assault Rifle Arrested Outside Iranian Writer's Home, New York Times, July 31, 2022, available at: https://www.nytimes.com/2022 /07/31/nyregion/iran-masih-alinejad-rifle-arrest.html (last viewed March 22, 2023).

JEFFREY LICHTMAN

Hon. Ronnie Abrams
United States District Judge
March 28, 2023
Page 2

U.S.C. § 3553(a)(2) due, in part, to the "nature and circumstances of the offense and the history and characteristics of the defendant." 18 U.S.C. § 3553(a)(1). The basis for this request is as follows: *first*, ███████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████ *second*, although this case concerns an outrageous plot to kidnap the Iranian dissident Masih Alinejad, Ms. Bahadorifar had no knowledge of the kidnaping, and instead was manipulated by a family friend into paying a $670 fee to a private investigator through PayPal; *third*, Ms. Bahadorifar is the only person being punished for her conduct here – the remainder of her codefendants are presumably in Iran, protected by the terror regime; *fourth*, Ms. Bahadorifar now faces additional punishment in her adopted home state of California, as she is beleaguered and derided by those in the substantial Iranian disapora in Los Angeles who believe she supports the Iranian terror regime – the same regime which has threatened to harm her sister and niece who still reside there; and *fifth*, a review of the defendant's difficult life finds that there are many extraordinary good deeds, and the chances for recidivism are zero.

>    B.    THE DEFENDANT'S GUILTY PLEA
>          AND RESULTING GUIDELINES RANGE

On December 15, 2022, Niloufar Bahadorifar pleaded guilty pursuant to a plea agreement to Counts Two and Five of the S1 Superseding Indictment, which charged her with Conspiracy to Violate the International Emergency Economic Powers Act ("IEEPA"), in violation of 50 U.S.C. § 1705(c) (Count Two) and Structuring Financial Transactions, in violation of 31 U.S.C. § 5324(a)(3) (Count Five). See November 30, 2022 Plea Agreement ("Plea Agreement") at p. 1. Ms. Bahadorifar faces no mandatory minimum sentence and a maximum term of 30 years imprisonment. Id.

As recounted in the Plea Agreement, Counts Two and Five are not grouped together and are calculated separately. Plea Agreement at p. 3. The offense level for Count Two, a violation of IEEPA, is determined by U.S.S.G. § 2M5.1, which sets the base offense level at 26. Plea Agreement at p. 2; U.S.S.G. § 2M5.1(a)(1). With two levels subtracted for the defendant's minor role in the offense – "she lacked knowledge [of] the overall scheme" (Presentence Report "PSR" at ¶ 40) – the total offense level applicable to Count Two is 24. Plea Agreement at p. 3.

The offense level for Count Five is determined by U.S.S.G. § 2S1.3, which sets the base offense level at 18 because the value of the structured funds was greater than $250k, but less than $550k. Plea Agreement at p. 3. Two levels are then added because the defendant knew or believed that the funds were the proceeds of unlawful activity (§ 2S1.3(b)(1)), and another two levels are added because the offense involved a pattern of structuring funds valued at more than $100k in a 12-month period. Id. The total offense level for Count Five is therefore 22. Id.

JEFFREY LICHTMAN

Hon. Ronnie Abrams
United States District Judge
March 28, 2023
Page 3

Count One represents one unit for grouping analysis, and because Count Five is one-to-four levels less serious, it represents a second grouping unit. Id. The two grouping units are then added to the count with highest offense level (Count Two), resulting in a combined total offense level of 26. With three levels subtracted for acceptance of responsibility (§ 3E1.1), the total combined offense level is 23, carrying an advisory sentencing range in the Criminal History Category I of 46 to 57 months imprisonment.[2] Plea Agreement at p. 4.

C.     THE DEFENDANT'S BACKGROUND
       AND THE NATURE OF THE OFFENSE –
       APPLICATION OF § 3553(a) FACTORS

Since the Supreme Court's decision in United States v. Booker, 543 U.S. 220 (2005), the Sentencing Guidelines have been rendered advisory in nature, leaving sentences to the district court's discretion, guided by the Guidelines and the other factors contained within 18 U.S.C. § 3553(a) and bounded by any applicable statutory minimum and maximum. This Section directs sentencing courts to "impose a sentence" that is "sufficient, but not greater than necessary, to comply with" the "need for the sentence ... to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense; to afford adequate deterrence to criminal conduct; [and] to protect the public from further crimes of the defendant ...." 18 U.S.C. §3553(a)(1)-(2) (emphasis supplied). In making this determination, courts are to consider "the nature and circumstances of the offense and the history and characteristics of the defendant ...." 18 U.S.C. § 3553(a)(1). With these aims in mind, we offer the following for the Court's consideration.



---

[2] Probation determined that Counts Two and Five should be "grouped together for guidelines calculation purposes because they involve the same victim (society at large) and two or more acts or transactions are connected by a common criminal objective or constituting part of a common scheme or plan." PSR at ¶ 35; U.S.S.G. § 3D1.2(b). This results in a total combined offense level of 21, carrying an advisory sentencing range in the Criminal History Category I of 37 to 46 months imprisonment. PSR at ¶¶ 44-46, 74.

JEFFREY LICHTMAN

Hon. Ronnie Abrams
United States District Judge
March 28, 2023
Page 4



J<span>EFFREY</span> L<span>ICHTMAN</span>

Hon. Ronnie Abrams
United States District Judge
March 28, 2023
Page 5



**Ms. Bahadorifar's Lack of Participation in the Kidnapping, and Iran's Continued
Attempts to Kidnap and Murder Alinejad and Political Officials and Opponents**

There is a good reason why Ms. Bahadorifar was never charged in the plot to kidnap Ms.
Alinejad – the government agrees that she had no knowledge of the regime's kidnaping plans.
PSR at ¶ 26 (observing her "lack of knowledge in the overall scheme").[3] This accords with Ms.
Bahadorifar and her family's history of opposing the regime, which as discussed herein,
previously resulted in the kidnaping and execution of those she loved, and threats against her
remaining family in the country. As her sister, Rozita, confirms in her letter to the Court: "Our
family has always been against this regime in Iran and always dealing with the cruelty that has
come from it."[4] Ex. A; see also Letter of Masoumeh Ariya Far, attached as Exhibit B (describing

---

[3] See also Benjamin Weiser, Woman Admits to Unwittingly Funding Effort to Kidnap
Iranian Dissident, New York Times, December 15, 2022, available at: (https://www.nytimes.
com/2022/12/15/nyregion/iran-dissident-plot-plea.html) (last viewed March 21, 2023) ("Ms.
Bahadorifar said that while she made the payment, she was unaware it was used to pay the
investigator to conduct surveillance").

[4] During the Islamic Revolution, one of the defendant's cousins – a doctor – was "arrested
and executed." PSR at ¶ 54.

JEFFREY LICHTMAN

Hon. Ronnie Abrams
United States District Judge
March 28, 2023
Page 6

the support the defendant's family gave to those who "were opposing the Islamic regime" after the 1979 Iranian revolution).

Instead of having knowledge of the kidnaping plot, Ms. Bahadorifar was but another in a long string of individuals who were manipulated by the Iranian intelligence service into aiding the murder and silencing of political opponents all over the world who give voice to the violent atrocities occurring there. Indeed, Ms. Bahadorifar was not the only individual in this case who became an unwitting participant in their crimes: the regime was able to fool and manipulate Michael McKeever, a private investigator, who received the $670 payment from Ms. Bahadorifar and was likewise unaware of the motives of his employer, co-defendant Kiya Sadeghi. As the New York Times reported in November 2022:

> The job that came in through Michael McKeever's website was unremarkable, the kind of request he often received in his decades working as a private investigator in New York. An international client wanted his help tracking down a debtor who had fled from Dubai and was believed to be in Brooklyn. Mr. McKeever was to surveil a house and photograph the people coming and going. "Kindly be discreet as they are on the lookout," he was told. Mr. McKeever and an associate began taking turns conducting the surveillance, but they failed to notice another team watching the same address. They were F.B.I. agents, and one soon got in touch with a warning.

> \*\*\*

> Mr. McKeever, 71, would later learn that he had been used by Iranian intelligence agents in a suspected plot to kidnap Masih Alinejad, a prominent Iranian-American journalist who has been unsparing in her criticism of Iran's human rights abuses, discrimination against women and imprisonment and torture of political opponents.

Benjamin Weiser and William K. Rashbaum, Iran and China Use Private Detectives to Spy on Dissidents in America, November 13, 2022, New York Times, available at: https://www.nytimes.com/2022/11/13/nyregion/china-iran-private-detectives.html (last viewed March 21, 2023) (emphasis supplied).

McKeever is not the only private investigator to become unknowingly entangled in the criminal activities of an authoritarian regime, there have been several of recent note according to

JEFFREY LICHTMAN

Hon. Ronnie Abrams
United States District Judge
March 28, 2023
Page 7

the government. Id. ("U.S. investigators are hired under false pretenses by authoritarian governments to do their 'dirty work,' the F.B.I. says"). As the New York Times reported:

> Federal indictments and complaints in the past two years detail
> cases in which private investigators were drawn into such schemes
> in New York, California and Indiana, and F.B.I. officials say they
> believe others have been as well. Most appear to have been used
> unwittingly, and later cooperated with the authorities; a few,
> however, were charged.

Id. (emphasis supplied).

████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████ Indeed, even after the
plot in this case to kidnap Ms. Alinejad was exposed, and the indictment issued and Ms. Bahadorifar arrested, the Iranian government engaged in a second attempt to kidnap or murder the outspoken journalist and dissident in July of 2022. See Benjamin Weiser, Man With Loaded Assault Rifle Arrested Outside Iranian Writer's Home, supra, FN 1.

That is but a fraction of this cancerous regime's evil plots abroad. In 2011, the Iranian terror regime sought to assassinate the Saudi ambassador to the United States in broad daylight in a restaurant in Washington, D.C., and they gave no second thought to killing the 100-150 patrons nearby eating lunch, including political officials, as collateral damage. See Reis Thebault, Iranian agents once plotted to kill the Saudi ambassador in D.C. The case reads like a spy thriller, available at: https://www.washingtonpost.com/history/2020/01/04/iran-agents-once-plotted -kill-saudi-ambassador-dc-case-reads-like-spy-thriller/ (last viewed March 22, 2023).

Additionally, in 2022, a member of Iran's Islamic Revolutionary Guard was charged with planning the assassination of former National Security Advisor John Bolton as payback for the administration's killing of a senior Iranian official. See Glenn Thrush and Michael Crowley, Justice Dept. Charges Iranian in Plot to Kill John Bolton, New York Times, August 10, 2022, available at: https://www.nytimes.com/2022/08/10/us/politics/iranian-john-bolton-assassination -charges.html (last viewed March 22, 2023). This plot also exposed Iran's intentions to assassinate former Secretary of State Mike Pompeo. Id. And of course, since the 1979 revolution, the Iranian terror regime has used proxies to commit its terror all over globe, most recently in places such as Bahrain, Iraq, Lebanon, Argentina, Israel, the Palestinian Territories, Syria and Yemen.[5]

---

[5] See United States Department of State, Country Reports on Terrorism 2020, available at: https://www.state.gov/reports/country-reports-on-terrorism-2020/iran/ (last viewed March 22,

JEFFREY LICHTMAN

Hon. Ronnie Abrams
United States District Judge
March 28, 2023
Page 8


As noted, much of Iran's terrorism has been focused on the United States. In February 2023, details of Tehran's 2022 mapping project emerged, wherein the regime's efforts to locate Jewish communities and American institutions in Massachusetts and elsewhere for use in "future retaliatory assassination campaigns" was exposed. See Marc Greendorfer, Iran is Preparing for the Day After Israeli Strike, Jerusalem Post, March 22, 2023, available at: https://www.jpost.com/opinion/article-735090 (last viewed March 23, 2023). As former defense analyst Rebekah Koffler explained, the mapping project elements are "consistent with the tradecraft of Iranian intelligence ... and Iran's declared policy to target U.S. persons." Id. (emphasis supplied). Nothing should be surprising anymore coming from this wildly anti-Semitic regime, which maintains a state-sponsored Holocaust denying cartoon competition. See David Andrew Weinberg, State-Sanctioned Propaganda: Iran Completes its Third Holocaust Cartoon Collection, Anti-Defamation League, January 4, 2021, available at: https://www.adl.org/resources/blog/state-sanctioned-propaganda-iran-completes-its-third-holocaust-cartoon-collection (last viewed March 22, 2023).

<u>Crushing Dissent Inside Iran – And the Impact on the Defendant</u>

Within Iran, the latest uprising against the regime, triggered by the murder last September by Iran's "morality police" of 22-year-old Kurdish-Iranian woman Mahsa Amini for wearing a loose hijab, has seen brutal tactics employed to crush it, such as murder in the streets, arrests with no trials, torture, rape, electrocutions, removal of nails. See Iran protests: Mahsa Amini's death puts morality police under spotlight, September 21, 2022, available at: https://www.bbc.com/news/world-middle-east-62984076 (last viewed March 27, 2023). The regime's outrageous conduct has sparked violent protests in Iran, and strong dissent among the diaspora in the United States and elsewhere. As addressed, infra, this has left Ms. Bahadorifar stuck – she put herself and family at risk of kidnaping or murder by the Iranian regime due solely to the fact that she was indicted here, as the regime wishes to intimidate her into silence. ▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮
▮▮▮▮

---

2023) ("Iran also used regional militant and proxy groups to provide deniability, in an attempt to shield it from accountability for its aggressive policies").

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

JEFFREY LICHTMAN

Hon. Ronnie Abrams
United States District Judge
March 28, 2023
Page 9


### The History and Characteristics of the Defendant

We have attached several character letters in support of this submission, reflecting the significant and meaningful role that Ms. Bahadorifar has played in the lives of friends, family members and even strangers. It would be impossible to include a letter from every individual whom the defendant has positively influenced and equally daunting to comment on each,[7] still, the myriad letters on which we do remark paint a consistent picture of a "good person with a caring and loving heart," (Letter of Amitis Golafshan, attached as Exhibit D) who is "kind and compassionate," (Letter of Amir Abbaszadeh, attached as Exhibit E) and "honest, polite, charming and dependable." Letter of Daryoush Eliyahou, attached as Exhibit F; see also February 25, 2023 Letter of Mona Afsahri, attached as Exhibit G ("nurturing and gentle character"). Sadly, were it not for this sentencing, many of Ms. Bahadorifar's exceptionally good deeds probably would have gone unrecognized.

#### The Defendant's Flight From Iran, Abusive First Marriage, and Terror in California

Before turning to the character letters, an examination of Ms. Bahadorifar's childhood and abusive first marriage is warranted. As observed in the PSR, Ms. Bahadorifar was born in Tehran, Iran, where she lived until she was 19 years old. PSR at ¶¶ 53-54. As is now, women's rights in Iran were non-existent when Ms. Bahadorifar was growing up following the Islamic Revolution – and she relayed to Probation that she was worried to leave her house because "if her hair was showing a little, she would be arrested." PSR at ¶ 54. This fear was well founded – this is the same regime later responsible for poisoning thousands of school girls. See Farnaz Fassihi, Outraged Over Illnesses Among Schoolgirls, Iranians Return to Streets, New York Times, March 7, 2023, available at: https://www.nytimes.com/2023/03/07/world/middleeast/iran-poison-schoolgirls-protests.html (last viewed March 22, 2023). When she was ten years old, Ms. Bahadorifar was arrested and later released when police found her with "people of the opposite gender who were not married in the same room." PSR at ¶ 54. Later, the defendant's father took her sister, Azita, to the United States to continue her schooling and evade constraints on the education of women – and when he returned, he was imprisoned for six months for this transgression and many of the family's possessions were confiscated. Id. ("They took everything and we had to start over").

Ms. Bahadorifar's aunt, Masoumeh Ariya Far, describes the conditions of Iran following the Islamic Revolution, her husband's arrest and torture, and its impact on the defendant and their family:

---

[7] Additional character letters are collected and appended to the end of this submission as Exhibit Y.

JEFFREY LICHTMAN

Hon. Ronnie Abrams
United States District Judge
March 28, 2023
Page 10

> After the 1979 revolution in Iran, Niloufar's family provided great support to many friends and acquaintances who were opposing the Islamic regime, and who were being persecuted on political grounds. Although the family was not politically inclined themselves, they very much cared about human rights and helped people in various ways. We were no exception. When my husband was arrested and held in the notorious Evin prison for over 14 months (1983-84), Niloufar's family engulfed us with their love and support in any which way they could. I remember the times, when returning from the prison's fifteen minutes monthly visits to my husband, we would gather in their living room to find solace in their company. I remember how the beautiful eyes of Niloufar would often well up, or tears would run down her cheeks, when we would speak of the dramatically changed physical state of my husband through mistreatments he was undergoing.
>
> We escaped Iran after my husband's release from Evin, and took refuge in France before immigrating to Canada.

Ex. B.

Fleeing Iran to what she believed would be the safety of Canada, Ms. Bahadorifar entered into an arranged marriage at the age of 19 with Shapur Beiraghi, but the result was disastrous. PSR at ¶ 55. Having met Beiraghi – a conservative man 14 years her elder – only a month before their wedding, Ms. Bahadorifar had no idea of the mistreatment that she would endure during this marriage. Beiraghi was "abus[ive] and controlling," and Ms. Bahadorifar was not even permitted to "go to the gas station if any skin was showing." Id. Ms. Bahadorifar recalled during her interview by Probation that once, when her husband did not want her to go to work, he "pushed her down a flight of stairs," and she was unable to walk for a few days. Id. Despite the physical and verbal abuse, she was too scared to call the police. Id. The agony did not end with the filing of a divorce and Ms. Bahadorifar moving out of the house with their child – Beiraghi then began turning off her utilities at her new home. PSR at ¶ 56. Later, Beiraghi hit their son, Yasha, in a parking lot when he was upset over Yasha choosing to be with his mother over him. Id.

Finally, in 2011, Ms. Bahadorifar moved to California and is now engaged to Saman Mehdizadeh, with whom she enjoys a peaceful and supportive relationship. PSR at ¶ 57. Her troubles relating to her homeland, however, have not subsided. Due to the charges in this case, much of the Iranian diaspora, including several neighbors in her apartment complex, have taken issue with her – and following her guilty plea, they plastered her elevator and vehicle with fliers featuring her photograph from media account of the case, denouncing her as a criminal and

JEFFREY LICHTMAN

Hon. Ronnie Abrams
United States District Judge
March 28, 2023
Page 11

supporter of the Iranian regime. ████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████

The Sentencing Letters

I.      Ms. Bahadorifar's Dedication to Her Family

Over 25 character letters were received on behalf of Ms. Bahadorifar, and nearly each commented on the defendant's dedication to her large family, which is spread throughout the United States, Canada and Iran. See, e.g., February 25, 2023 Letter of Nazaninam Afshari, attached as Exhibit H ("From an early age I recall her to be that member of the family who actively went out of her way to lend a helping hand ... to ensure the welfare of others"). To begin, Ms. Bahadorifar's aunt, Aranoush Dadgar recalls the defendant's kindness after Aranoush arrived in Canada from Iran:

> Right after arriving [in] Canada I had a phone call from Niloufar to welcome me to the family and inviting us to her house ...
>
> ***
>
> Niloufar[] was not just family she was a good friend that I could trust to talk to and she was a source of inspiration, as I saw her managing her family life and taking [] wonderful care of her son, work and studying at the same time to become a teacher and contribute to the community as an educator, so I thought to myself, this is the path I will take. I started college almost about the same time is Niloufar, and was able to make a career and work ... as an early childhood educator and in an indirect way <u>I owe that to her and watching her paving a path despite all [the] difficulties in her life</u>.

February 24, 2023 Letter of Aranoush Dadgar, attached as Exhibit I (emphasis supplied). Cousin Amitis Golafshan recalls a similar experience in her letter to the Court, writing:

> One specific anecdote that comes to mind is when I was studying at the University of Windsor in Canada, where Niloufar and I were both living in the same neighborhood. She was always there for

JEFFREY LICHTMAN

Hon. Ronnie Abrams
United States District Judge
March 28, 2023
Page 12

> me, whether it was to offer advice on my studies or simply to listen
> when I needed someone to talk to. She encouraged me to pursue
> my dreams and helped me stay focused and motivated. Basically,
> she always has my back and I can count on her when I needed her
> & I really appreciate her support in every other way.

Letter of Amitis Golafshan, Ex. D; see also February 23, 2023 Letter of Azita Bahadori, attached
as Exhibit J ("amazing mother, sister and friend").

In her letter, the defendant's older sister, Rozita, recalls the support that she and their
mother received from Ms. Bahadorifar after their father died:

> In 2016 our father passed away. It took a toll on our family.
> Niloufar and my oldest sister Azita flew to Iran to be with me and
> my mother and to be there for our father's funeral. It was a hard
> time for our mother due to our father's death. A little after our
> father's death our mother became ill. She had a stroke and became
> paralyzed on half of her body. She wasn't even able to talk.
> Niloufar and Azita flew back to Iran to be able to help take care of
> our mother since I am the only sister who lives nearby. Niloufar is
> very kind hearted and a giving woman. She will do anything for
> her family to be able to be there for them as well as take care of
> them like how she did for our mother.

Ex. A (emphasis supplied); see also February 27, 2023 Letter of David Azizi, attached as Exhibit
K ("At one of the burials when one of the family members was emotionally distraught, I noted
that Ms. Bahadorifar immediately took action by obtaining a chair for the family member and
consoled her as well as calming her down").

Ms. Bahadorifar's good nature and advice has been extended to much of her family. For
example, Amir Abbaszadeh recounts in his letter:

> As a family member, I can attest to the positive influence that
> Niloufar has had on my life. She has always been a supportive and
> encouraging presence, and her advice and guidance have helped us
> to achieve our own goals. She was a great helper to me and my
> wife when we had just moved to United States, advising us on
> many different tasks of daily life. I remember one instance when
> she helped me prepare for a job interview, going over my resume
> and conducting mock interviews with me until I felt confident

JEFFREY LICHTMAN

Hon. Ronnie Abrams
United States District Judge
March 28, 2023
Page 13

and prepared.

Letter of Amir Abbaszadeh, Ex. E. And cousin Ali Razavi similarly lauds that Niloufar "always took the time to see how [she] did in school and if [she] needed any help." February 22, 2023 Letter of Ali Razavi, attached as Exhibit L ("Niloufar always made the extra effort to make me feel welcome to talk to her about my plans for the future ... [she] always kept in touch with and visited me as often as she could and remained a big sister figure to me").

The defendant's niece, Panteha Sadeh, echoes this support, praising in her letter to the Court:

> She has always been a second mother to me and even a friend when I need one. She is the most generous, kind hearted person I know. She is a big part of my life. She has always been there for the best and worst part of my life. She has taught me to be a strong hard working independent woman. She has always been a great influence to me and has pushed me to strive for things in my life that I never thought were possible. Any time in my life that I have felt discouraged she is the one who builds me back up. I hope as I grow older I can be more like my aunt.

February 24, 2023 Letter of Panteha Sadeh, attached as Exhibit M (emphasis supplied); see also February 21, 2023 Letter of Reza Sadeh, attached as Exhibit N ("She has taught me to be a kind, strong, caring and patient person").

In addition to her extended family, the submitted character letters also highlight Ms. Bahadorifar's dedication to her son, Yasha. See, e.g., Letter of Nazaninam Afshari, Ex. H ("She was a caring and devoted mother who dedicated her time and effort [to] raising her son"); Letter of Ali Razavi, Ex. L ("good mother to her son and she has done everything she can ... to provide for him"). Yasha Beiraghi recalls his mother's commitment to raising him in his letter to the Court:

> I would not be the man I am today if it wasn't for Niloufar Bahadorifar. My mother has been my biggest inspiration, role model, mentor, coach, best friend and the best mother I could have possibly asked for these last 20 years since I was born. Growing up I never really had a father that was there for me but it was totally fine because I had Niloufar. My mother always pushes me to do my best with academics as well as sports, and positivity influences me to be a better person everyday. I had a lot of trauma

JEFFREY LICHTMAN

Hon. Ronnie Abrams
United States District Judge
March 28, 2023
Page 14

> growing up due to the things my father had done to my mother and I but that didn't stop her from giving me the best life possible. Ever since I was a child I have been way more comfortable/safe with my mom because she has always been there for me and has never left my side. My whole life my mom has been working non-stop and trying to do her best to provide for me and give me a good life. My mom has been a teacher and substitute teacher most of her life before retail and was very popular at my elementary school in Canada.
>
> \*\*\*
>
> My mom has always prioritized my needs over hers just for me to be happy. Growing up my mom has been the type of mom to be fine wearing ripped shoes and a ripped shirt as long as I was wearing something I liked and was happy. That has always been her mentality, putting herself before others. I used to ask my mom a lot, "Why are you so kind to everyone if not everyone is kind in this world" and she would always say it never hurts to spread kindness and positivity even if other people are not. The way my mother cares for other people honestly melts my heart . My mother has the type of heart to die for. I would not take 20 billion dollars for one tiny piece of my mother's heart. That is how much I care for her and that sweet personality she has. And I always worry everyday that someone, somewhere is going to abuse her kindness. But like I said, my mom is the type of person to put others before herself because that is the type of kind-hearted person Niloufar is.
>
> \*\*\*
>
> I will never forget the countless nights my mom went sleepless just to care for me when I was ill, all the days she left work early just to be with me when I was feeling down, all the late shifts she worked just to provide for my Christmas gifts, birthday gifts, etc. And never one single complaint to anybody!

February 24, 2023 Letter of Yasha Beiraghi, attached as Exhibit O; see also Letter of Daryoush Eliyahou, Ex. F ("taken good care of her son"); February 25, 2023 Letter of Roza Mehdizadeh, attached as Exhibit P ("strong single mom").

JEFFREY LICHTMAN

Hon. Ronnie Abrams
United States District Judge
March 28, 2023
Page 15

Friends and family members have universally lauded that she is a "really good mother for her son," (February 27, 2023 Letter of Yasaman Warner, attached as Exhibit Q), as well as for the two daughters of her fiancé, Saman. Letter of Saman Mehdizadeh, attacked as Exhibit R ("she is supportive and welcoming to both my daughters. ... also a compassionate mother to her ... hardworking intelligent 20 year old son ...."). Rozita Bahadori praises that her sister "puts 110% attention towards her son into raising him," (Letter of Rozita Bahadori, Ex. A) and Reza Sadeh echoes "[s]he is a single mother who has raised her son on her own and he has turned out to be a very polite young man." Letter of Reza Sadeh, Ex. N.

    ii      A Caring and Supportive Friend

Given the letters praising Ms. Bahadorifar's dedication to her family members, it should come as no surprise that friends have likewise hailed her commitment to them. See, e.g., Letter of Nazaninam Afshari, Ex. H ("her messages of hope of [a] brighter future had given me the strength to move forward and [] put a smile on my face"). As friend Neda Bagherzadeh summarizes: "Niloufar is a kind and empathetic person who treats others respectfully and compassionately. She is an excellent listener and has a natural ability to understand and empathize with people's struggles and challenges. Her kindness and generosity have made a positive impact on many people's lives, including my own." February 28, 2023 Letter of Neda Bagherzadeh, attached as Exhibit S; see also February 26, 2023 Letter of Mahi Hadizadeh, attached as Exhibit T ("caring character for her friends").

There are multiple anecdotes in the letters from friends recounting Ms. Bahadorifar's guidance and assistance. For example, Ali Maroufkhani writes in his letter of the time that the defendant supported him and his children after they had to put down their dog:

> During the 15 years I've known Niloufar, she has always been a
> genuine friend and a respectable community member. In our
> friendship, Niloufar Bahadorifar has consistently demonstrated her
> compassion, and when my family and I recently had to make the
> difficult choice of putting my dog down, she was by our side the
> entire time. Niloufar recognized our vulnerability and devastation
> after the passing of our beloved family pet, and she opened up her
> home to us repeatedly. Niloufar went out of her way and bought us
> a beautiful bouquet and invited us for dinner on multiple occasions
> to comfort us during our period of grief. Niloufar comforted my
> two children, who felt disoriented after their childhood best friend
> had passed, and she treated them with grace. I am inspired by
> Niloufar's willingness to help those around her and this instance of

JEFFREY LICHTMAN

Hon. Ronnie Abrams
United States District Judge
March 28, 2023
Page 16

> kindness helped me heal and revealed that I will always have her
> support.

Letter of Ali Maroufkhani, attached as Exhibit U (emphasis supplied); see also Letter of Reza
Sadeh, Ex. N ("She goes above and beyond for others").

Regarding the defendant's efforts on her part, Lily Marouf informs the Court:

> Niloufar Bahadorifar and I met in high school, in Iran, and
> instantly became very close.  Her generosity and kind-heartedness
> captivated me and continues to do so today, over two decades later.
> Last year, my family and I became very ill due to the COVID-19
> pandemic.  When Niloufar heard this news, she was the first person
> to put her safety on the line to deliver food to my children and me
> every day.  She put her well-being at risk to go grocery shopping
> for me and bring it to my home on multiple occasions, knowing I
> was ailing and couldn't myself.  This, to anyone, would show
> Niloufar's true selfless and noble character.  She didn't consider
> her own protection first, because her friends are always more
> important to her.

February 26, 2023 Letter of Lily Marouf, attached as Exhibit V (emphasis supplied); see also
Letter of Hamideh Falsafi, attached as Exhibit W ("I have seen her taking food for her friends
when they got sick").

  iii.  Charity and Community Service

The submitted letters are also filled with accounts of the defendant's good deeds and
volunteerism, which were done out of the kindness of her heart.  See Letter of Amir Abbaszadeh,
Ex. E ("She always goes out of her way to help others").  For example, in her letter, Lily Marouf
praises:

> Niloufar and her partner Saman serve unhoused individuals with
> food and water along Skid Row in Los Angeles, one of the largest
> homeless populations in the United States.  Niloufar understands
> that Skid Row, like any other community, is filled with spirited
> people who have very big hearts. Every time she hands out food or
> water to the homeless, Niloufar hopes she is doing what she can to
> make the community a better place.  She tells me it makes her feel
> empowered, and that it is the moral thing to do.

JEFFREY LICHTMAN

Hon. Ronnie Abrams
United States District Judge
March 28, 2023
Page 17

Ex. V (emphasis supplied).  Ms. Bahadorifar's finance, Saman, provides additional details concerning their community service in Los Angeles:

> Almost every Sunday, [she] and I prepare lunches, snacks, blankets, clothing, toiletries, and healthcare items to give to about 60-100 homeless individuals.  This community that we have been serving for years allows us to connect with these individuals, to give them a sense of happiness and pride.  To know that we make a small, but powerful impact is the motivation that keeps us going.  Seeing their happiness gives us the effort to do more, more for the community.

Letter of Saman Mehdizadeh, Ex. R (emphasis supplied); see also Letter of Roza Mehdizadeh, Ex. P ("She will go out of her way to cook food for [needy] people and deliver [it] for them in her spare time").

Amir Abbaszadeh recalls "one instance when she volunteered at a local homeless shelter and spent the whole day serving food and interacting with the residents."  Letter of Amir Abbaszadeh, Ex. E ("She treated everyone with kindness and respect, and her presence made a positive impact on the people there").  And Ali Razavi praises: "Once I visited Niloufar in California and witnessed her doing extra shopping for a family that was going through a tough time.  She helped this family get the food they needed for their young children.  Niloufar does this type of generosity often."  Letter of Ali Razavi, Ex. L (emphasis supplied).  Yasaman Warner informs the Court that Ms. Bahadorifar is actively involved in her mother's charity organization in Tehran and has "witnessed that she [has] helped lots of people in [their] homeland and has made a positive impact on the lives of some people in Iran."  Letter of Yasaman Warner, Ex. Q.  Further, Mona Afsahri recounts in her letter that "while Niloufar lived in Canada, she was helping a family in her community, financially and emotionally."  Letter of Mona Afsahri, Ex. G.

Concluding that Ms. Bahadorifar is "always eager to extend a helping hand to people in need," Afsaneh Pirhusseinlou recalls that she "raised money for a colleague who lost her child due to illness," and "was also involved in the community's breast cancer awareness activities."  February 28, 2023 Letter of Afsaneh Pirhusseinlou, attached as Exhibit X; see also Letter of Daryoush Eliyahou, Ex. F ("Anytime Niloufar has come across someone who looks to be down on their luck in her presence, her kind heart has shown either by extending them a few dollars or checking if the person just needs something to eat or drink").  Finally, Ms. Bahadorifar's son, Yasha, recalls in his letter that "[e]very year around the holidays ... [she] cooks/buys food for over 60 people and distributes [it] to local homeless shelters in Orange County and also homeless

JEFFREY LICHTMAN

Hon. Ronnie Abrams
United States District Judge
March 28, 2023
Page 18

people on the streets of Los Angeles. Letter of Yasha Beiraghi, Ex. O ("My mom would rather spend her day giving to others and making people happy ... than doing things for her own benefit because that's the type of person she is").

D.    CONCLUSION

Defendant Niloufar Bahadorifar comes before this Court asking for mercy. She was unwittingly duped and manipulated into becoming part of an evil plot to silence a journalist from her former country. ██████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████████████

██████ Nevertheless, as the powerful enclosed letters reveal, Ms. Bahadorifar is an uncommonly decent and giving person, and unlike many defendants, has made very sincere efforts to help family and friends in any way possible throughout her life, when no one else was looking, when she had no need to impress a judge deciding her fate. For these reasons, the fact that she is a single mother to her only child, and the other reasons stated herein, a probationary sentence is respectfully requested.

Respectfully submitted,

Jeffrey Lichtman
Jeffrey Einhorn

cc:    Jacob Gutwillig, Esq.
       Michael Lockard, Esq.
       Matthew Hellman, Esq.
       Assistant United States Attorneys (by ECF & email)