# EXHIBIT A

Hon. Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Character Letter For Niloufar Bahadorifar

My name is Rozita Bahadorifar, I Currently reside in Tehran, Iran. I have a bachelor in architecture and a masters in interior design. I am the sister of Niloufar Bahadorifar. I recognize that Niloufar has been convicted of a serious crime and will appear in court for sentencing.

I would like to give you a summary of our family life. There were 3 of us sisters plus our mother and father. We were living a peaceful, quiet life. Niloufar is our youngest sister. While our parents were raising us they were teaching us to be good human beings while pouring all their love to the three of us.



Niloufar has been such a help to my family in these hard times with everything that has gone on in our lives. She has been a role model to my only daughter Ainaz. She has taught me on how to be patient, kind and forgiving to others.Not only was I like a second mother to her, she was my strength and my rock when I was in the lowest points in my life.

Thank you for reading my letter. I hope you can find consideration for my sister.

Best regards
Rozita Bahadorifar
3/25/23

# EXHIBIT B

From: Mrs. Masoumeh Ariya Far

████████████████

Ottawa, ON
K2E 6B9 Canada


To: Hon. Ronnie Abrams
United States District Judge Southern District of New York 40 Foley Square
New York, New York 10007


Dear Judge Abrams:

Re: Niloufar Bahadorifar

My name is Masoumeh Ariya Far. I am a Canadian citizen and resident of Ottawa, Ontario. I have been living with my family in Canada for the past 33 years. I taught high school in Toronto until my retirement a few years ago. I am writing this letter in support of Niloufar Bahadorifar. I understand that she has pleaded guilty to certain charges. I understand the seriousness of the charges, but I hope that the Court can show leniency towards her.

I have known Niloufar all her life. She is the youngest daughter of my now-deceased sister, Giti. When Niloufar was a young child, my sister and her family lived in the house next door to us in Tehran. At the time, I had just finished university, and was working as a high school guidance counsellor. Our families spent a lot of time together, and I often had a chance to observe Niloufar closely. Niloufar was a kind, caring and trusting child, with great attachment to her family and loved ones. I remember that for a while, she had some kidney problems and regularly underwent painful medical procedures. I remember that after her procedures, although obviously weak, she would often put up a brave face, trying hard to not complain or show her pain. Once, when I told her that it was all right to express her pain, she said that she did not want to bother others with her complaints, and that she did not want her mother to worry. Generally, she cared about being good to everyone and not hurting anyone's feelings.

After the 1979 revolution in Iran, Niloufar's family provided great support to many friends and acquaintances who were opposing the Islamic regime, and who were being persecuted on political grounds. Although the family was not politically inclined themselves, they very much cared about human rights and helped people in various ways. We were no exception. When my my husband was arrested and held in the notorious Evin prison for over 14 months (1983-84), Niloufar's family engulfed us with their love and support in any which way they

could. I remember the times, when returning from the prison's fifteen minutes monthly visits to my husband, we would gather in their living room to find solace in their company. I remember how the beautiful eyes of Niloufar would often well up, or tears would run down her cheeks, when we would speak of the dramatically changed physical state of my husband through mistreatments he was undergoing.

We escaped Iran after my husband's release from Evin, and took refuge in France before immigrating to Canada. During these years, we knew of Niloufar's quiet life of a teenager, mainly through letters, photos and phone calls. It was not until she came to Canada as a newly-married young woman that I reconnected with her once more. At the time, we were living in Toronto and she and her husband lived, a few hours away, in Windsor. They were a lovely couple despite their obvious age difference. She was very young and seemed to miss her parents very much. My husband and I became quickly parent figures to her. She was very attached, and I very much enjoyed her kind and loving presence. She would often arrive with small, but always thoughtful gifts. We would gather at each other's house over long weekends whenever the occasion presented itself, and delighted in small happy moments around food, music and news from family and friends. She was lovely, caring and refreshingly innocent in her unquestioning trust of family and friends. She was busy making a beautiful home, and took pleasure in celebrating small daily affairs: learning English, entering college, trying to find a job, and hoping to build a family. She was an attentive and thoughtful wife, made every effort to please her husband and his family, and was eager to find new friends and acquaintances, and make a nice home in her new country. Some years later, when she became a mother, the kind and loving attention she had for her beautiful son, Yasha, was obvious in the way she cared for him. Unfortunately the marriage did not last very long. But her care for her family did.

It is with equal measure of sadness and shock that I learned about the imbroglio in which she presently finds herself. But despite her guilty plea, there is no shred of doubt in my mind that but for her overly trusting, kind and caring nature, her sens of decency, and her expectation that friends and acquaintances can only be good and decent, she would not have found herself here before you today. I pray that this Court show mercy and leniency towards Niloufar.


Respectfully submitted,

*Masoumeh Ariya Far*

# EXHIBIT C
## [REDACTED]

# EXHIBIT D

Hon. Ronnie Abrams
United States District Judge Southern District of New York 40 Foley Square
New York, New York 10007

Dear Judge Abrams,

I am writing to express my thoughts and sentiments about my cousin, Niloufar Bahadorifar, who will appear before you for sentencing.

As her cousin, I have known Niloufar since I was a kid and she has been like a sister to me.

I am deeply saddened by the events that have led to her conviction, but I hope you will consider the positive aspects of her character as you determine her sentence. Despite her conviction, I can say with certainty that Niloufar is a good and decent person.

Throughout my life, I have had numerous experiences with her that demonstrate her kindness, generosity, and care for others. She has always been a loving and supportive sister to her siblings, and a devoted daughter to her parents. Even when she faced her own personal challenges, Niloufar never hesitated to put the needs of her loved ones before her own.

One specific anecdote that comes to mind is when I was studying at the University of Windsor in Canada, where Niloufar and I were both living in the same neighborhood. She was always there for me, whether it was to offer advice on my studies or simply to listen when I needed someone to talk to. She encouraged me to pursue my dreams and helped me stay focused and motivated.
Basically, she always has my back and I can count on her when I needed her & I really appreciate her support in every other way.

Overall, I believe that Niloufar is a good person with a caring and loving heart and I hope you will take into account her positive qualities and contributions to our family and community. Thank you for considering my perspective.

Sincerely,
Amitis Golafshan

Irvine, CA,92620
Email:

# EXHIBIT E

Hon. Ronnie Abrams
United States District Judge Southern District of New York
40 Foley Square  New York, New York 10007

Honorable Judge Abrams,

My name is Amir Abbaszadeh, and I am a family member of Niloufar Bahadorifar.
I am married to her cousin since 2007, and I have had the opportunity to know her for
several years now. I am writing to you today to express my thoughts and sentiments
regarding Niloufar's character and her upcoming sentencing.
I am aware that Niloufar has been convicted, however, I would like to highlight some of
the positive qualities that I have observed in her during the time that I have known her.
First and foremost, Niloufar is a kind and compassionate person. She always goes out of
her way to help others and has a generous spirit that is truly admirable. I remember one
instance when she volunteered at a local homeless shelter and spent the whole day
serving food and interacting with the residents. She treated everyone with kindness and
respect, and her presence made a positive impact on the people there.
Niloufar is also a hardworking individual who has always been committed to her career.
She has pursued her goals with determination and has achieved a great deal of success
in her field. I know that her accomplishments have inspired and motivated others.
As a family member, I can attest to the positive influence that Niloufar has had on my
life. She has always been a supportive and encouraging presence, and her advice and
guidance have helped us to achieve our own goals. She was a great helper to me and my
wife when we had just moved to United States, advising us on many different tasks of
daily life. I remember one instance when she helped me prepare for a job interview,
going over my resume and conducting mock interviews with me until I felt confident and
prepared.
In conclusion, I want to reiterate that I do not condone the actions that led to Niloufar's
conviction, and I understand the seriousness of the charges against her. However, I
believe that it is important to consider her character when deciding about her
sentencing. I hope that my letter has provided some insight into Niloufar's positive
qualities and the impact that she has had on those around her.
Thank you for your time and consideration.

Sincerely,
Amir A. Abbaszadeh



Irvine, CA 92620

# EXHIBIT F

To: Hon. Ronnie Abramas
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 1007

Letter for Niloufar Bahadorifar

My name is Daryoush Eliyahou; I am a resident of California and I am a citizen of the United States of America. I understand that Niloufar has been convicted of a crime and is supposed to be in the court of law. Niloufar is my nephew's girlfriend and during all the years that I have known her, she has been a hard-working person who has taken good care of her son. If I were to describe her as a person, I would use the words friendly, honest, polite, charming and dependable. Every time we have had the pleasure of socializing with family and friends in her presence, Niloufar has always respectful and polite. Niloufar is very intelligent and I can truly say she comes from a great family; she truly misses her mom and sister back in Iran. She is the type of person who will lend a hand to anyone in need without thinking twice. Anytime Niloufar has come across someone who looks to be down on their luck in our presence, her kind heart has shown either by extending them a few dollars, or checking if the person just needs something to eat or drink. After my nephew's divorce, he was extremely upset and trying to find his way, but since meeting Niloufar, he has been the happiest we have seen him in a while, which we directly correlate with her helping nature. Niloufar has also always benn extremely friendly to Saman's two daughters and has treated them with nothing but respect. I and my wife receive very positive energy every time we are in her presence. I have no reservations when saying that Niloufar is wonderful person with a kind and special soul.

I appreciate your time reviewing this letter,

Daryoush Eliyahou



# EXHIBIT G

**TO: Hon Ronnie Abrams**

United States District Judge

Southern District of New York

40 Foley Square

New York. New York 10007


February 25, 2023

Your Honor Ronnie Abrams,

My Name is Mona Afshari. I am 42 years old Kindergarten teacher and classical music performer living in Toronto, Canada. I have known Niloufar Bahadorifar all my life as she is my cousin. Niloufar and I lived in a same city for several years. As my older cousin, she always had positive impact in my life. She is a kind, generous person with friendly disposition to people around her. I always recognized her as a dedicated and caring mother to her son. While living in the same city, she was always attentive and reliable to my family and I. Even though she moved from Canada, she consistently kept in touch regularly as she highly values friendship and love for family and community. I vividly remember while Niloufar lived in Canada, she was helping a family in her community, financially and emotionally. Niloufar's nurturing and gentle character has been known in my family and relatives and we all hope and wish all the best outcome in this matter. I thank you, Your Honour for your time and attention to my letter.

Sincerely,

Mona Afsahri

# EXHIBIT H

Nazaninam Afshari

Canada L4G-7E5

Hon. Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Hon. Ronnie Abrams,

My name is Nazaninam Afshari, a Canadian citizen residing in Aurora, Ontario; I am Niloufar Bahadorifar's cousin. I do recognize that Niloufar has been convicted of serious crimes and will appear before you for sentencing.

I would like to share with you my personal experience as a family member and as a secondary school teacher here in Canada. Growing up, I had many fond and memorable experiences with Niloufar where she played a role of an older sister and a caring cousin to my sister and I. She always had a kind and giving disposition about her where she would make others around her felt happy and loved. From an early age I recall her to be that member of the family who actively went out of her way to lend a helping hand and do whatever she had in her power to ensure of the welfare of others.

As an adult, during the period of time she lived in Canada, I witnessed her marriage and the birth of her son. She was a caring and devoted mother who dedicated her time and effort in raising her son and provided him with a loving family. After Niloufar's move to USA, I continued hearing about her strive to making a better life for herself and her son and worked hard to settle well in her new home. Niloufar's strong and caring character not only helped her overcome many obstacles in life, but it also encouraged me to pursue my dreams and face challenges with determination and hard work.

While Niloufar and I have been living in different countries for many years now, she remains to be the caring and loving sister figure in my family. Her phone calls and encouraging words through some difficult times dealing with loss of family, her messages of hope of brighter future had given me the strength to move forward and had put smile on my face. Niloufar has the making of a valuable and caring individual who can contribute positively to her community.

Sincerely,

*Nazaninam Afshari*

Nazaninam Afshari
Feb. 25, 2023

# EXHIBIT I

Azarnoush Dadgar N.

███████████████

Richmond Hill, Ontario
L4C 1H8

Hon.Ronnie Abrams
United States District of New York
Southern District of New York
40 Foley Square
New York,New York 10007

Hon.Ronnie Abrams,

My name is Azarnoush Dadgar, I reside in Toronto Ontario and I've been
knowing Ms. Niloufar Bahadori since 2001, after I married her uncle and
moved to Canada. Right after arriving to Canada I had a phone call from
Niloufar to welcome me to the family and inviting us to her house in
Windsor, Ontario.
We bounded  Immediately  due to Niloufar's caring and loving character.
She made me feel at home with her kindness  and down to earth attitude
And we stayed closed to this date.
Niloufar kept in touch and took her time to  travel to Toronto several times,
and while staying with us, we would go out and about  in town and she was
showing me everything she knew which at that point meant a lot to me.
This,  boosted my confidence, helped me a great deal with not  being home
sick and she did her best to make things easy for me. We were invited to
her house on several occasions and her house was open to us as her
heart.
Niloufar, was not just a family she was a good friend that I could trust to talk
to and she was a source of inspiration, as I saw her managing her family
 life and taking a wonderful care of her son, work and studying at the same
time to become a teacher and contribute to the community as an educator,
so I thought to myself, this is the path I will take. I started collage almost
 about the same time as Niloufar, and was able to make a carrier and work
in York Region District School Board as an Early Childhood Educator  and

in an indirect way  I owe that to her and watching her paving her path despite all difficulties in life.

Niloufar, is always eager to help and has the most beautiful soul and heart, it had been the most difficult year for me seeing such a caring person who always was helpful and spreaded words of hope and love,  being in so much agony and  suffering. I throughly hope that everything goes well in her life and future endeavour…

Sincerely,

*Azarnoush Dadgar*

Feb 24,2023

# EXHIBIT J

Hon. Ronnie Abrams

United States District Judge

Southern District of New York

40 Foley Square

New York, New York 10007

Character Letter for Niloufar Bahadorifar

My name is Azita Bahadori, I am a United States citizen and reside in Las Vegas NV and I am the sister of Niloufar Bahadorifar. I recognize that Niloufar has been convicted of a serious crime and will appear in court for sentencing.

I would like to share some character details about my sister Niloufar. Words cannot describe how kind and selfless she is as a person.She is an amazing mother,sister,and friend. Niloufar goes above and beyond to help people in need. On each Sunday she distributes food for the homeless. She always pushes people to strive for their best and to achieve their highest potential in goals and life.

I have worked as a caregiver for 10+ years. Thanks to Niloufar It has been such a fulfilling part of my life to help the elderly around me. She has always told me how much she has enjoyed helping others around her and it gives her so much joy. It has encouraged me to get such a job to be able to give back to others and my community.

I offer this letter to show the kind of person Niloufar Bahadorifar is.

Thank You
Azita Bahadori
2/23/23

# EXHIBIT K

 

3435 Wilshire Blvd.
Suite #1800
Los Angeles, CA 90010 | @ www.azizilawfirm.com

February 27, 2023

Hon. Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Dear Hon Ronnie Abrams:

My name is David Azizi and my first cousin is Saman Mehdizadeh. Mr. Mehdizadeh is Niloufar Bahadorifar's fiancé. It is my understanding that Ms. Bahadorifar has been convicted of a serious crime.

I have met Ms. Bahadorifar at several family functions. I have always found Ms. Bahadorifar to be very caring and affectionate. At family gatherings, she was always the first to provide my aunt a helping hand with setting up the dinner table and helping to clean up afterwards. She has been present at several of our family member's funerals and burials. I have always found her to be very courteous and polite. At one of the burials when one of the family members was emotionally distraught, I noted that Ms. Bahadorifar immediately took action by obtaining a chair for the family member and consoled her as well as calming her down.

I have also found Ms. Bahadordifar to be very affectionate with kids and entertaining them at family gatherings.

As a first generation Iranian-American, at family gatherings we have all, including Ms. Bahadorifar, expressed how lucky we are to have been able to immigrate to United States where there is freedom of expression, speech, association and religion.

Should you have any questions, please do not hesitate to contact me directly.

Sincerely yours,

*David Azizi*

David Azizi, Esq,

# EXHIBIT L

Hon. Ronnie Abrams

United States District Judge

Southern District of New York

40 Foley Square

New York, New York 10007

Character Letter for Niloufar Bahadorifar

My name is Ali Razavi, I am a United States citizen and reside in Las Vegas,NV and I am a cousin to Niloufar Bahadorifar. I recognize that Niloufar has been convicted of a serious crime and will appear in court for sentencing.

I wanted to share with you my Personal experience as a family member and a businessman who operates two business here locally in Las Vegas. Niloufar is one of the most humble and caring person I know. Niloufar being my older cousin, always took time to see how I did in school and if I needed any help. Niloufar always made the extra effort to make me feel welcome to talk to her about my plans for the future. Many years later as we lived in different countries, Niloufar always kept in touch with me and visited me as often as she could and remained a big sister figure to me.

Niloufar is the type of person that puts everyone's needs before hers. Niloufar is a good mother to her son and she has done everything she can as a mother to provide for him. Once I visited Niloufar in California and witnessed her doing extra shopping for a family that was going through a tough time. She helped this family get the food they needed for their young children. Niloufar does this type of generosity often.

When I opened my own businesses (AMV AUTO LLC and ULTIMATE GLASS ETCHING LLC), Niloufar always showed me moral support. She always told me to "hang in there" and "make your dreams come true". I could always count on picking up the phone and telling Niloufar about my hard day. Niloufar has a way with jokes and laughter that could help anyone overcome their toughest days. Niloufar is a good person and she does her best to help family, Friends and other members of the community.

Thank you very much for taking the time to read this Character Letter.

Ali Razavi

2/22/2023

# EXHIBIT M

Hon. Ronnie Abrams

United States District Judge

Southern District of New York

40 Foley Square

New York, New York 10007

Character Letter for Niloufar Bahadorifar

My name is Panteha Sadeh, I am a United States citizen and reside in Las Vegas NV and I am niece to Niloufar Bahadorifar. I recognize that Niloufar has been convicted of a serious crime and will appear in court for sentencing.

I have known my aunt for 26 years, my entire life. She has always been a second mother to me and even a friend when I need one. She is the most generous, kind hearted person I know. She is a big part of my life.She has always been there for the best and worst part of my life. She has taught me to be a strong hard working independent woman. She has always been a great influence to me and has pushed me to strive for things in my life that I never thought were possible. Any time in my life that I have felt discouraged she is the one who builds me back up.I hope as I grow older I can be more like my aunt.

Thank you for your time

Panteha sadeh
2/24/23

# EXHIBIT N

Hon. Ronnie Abrams

United States District Judge

Southern District of New York

40 Foley Square

New York, New York 10007

Character Letter for Niloufar Bahadorifar

My name is Reza Sadeh, I am a United States citizen and reside in Las Vegas NV and I am the Brother in Law of Niloufar Bahadorifar. I recognize that Niloufar has been convicted of a serious crime and will appear in court for sentencing.

I have known Niloufar for over 27 years. She is a single mother who has raised her son on her own and he has turned out to be a very polite young man. Niloufar is a very loving and giving person. She goes above and beyond for others.She is a very strong and hardworking mother. Her kindness puts on an example for all her friends and family. She has taught me a lot of things in life since knowing her. She has taught me to be a kind ,strong ,caring ,and patient person.

Thank you for taking time to read my letter.

Reza Sadeh
2/21/23

# EXHIBIT O

Hon. Ronnie Abrams

United States District Judge

Southern District of New York

40 Foley Square

New York, New York 10007


Character Letter for Niloufar Bahadorifar


My name is Yasha Beiraghi (20 years old) and I am the only child of Niloufar Bahadorifar. I recognize that my mother has been convicted of a serious crime and will appear in court for sentencing.

I honestly don't know where to begin. I would not be the man I am today if it wasn't for Niloufar Bahadorifar. My mother has been my biggest inspiration, role model, mentor, coach, best friend and the best mother I could have possibly asked for these last 20 years since I was born. Growing up I never really had a father that was there for me but it was totally fine because I had Niloufar. My mother always pushes me to do my best with academics as well as sports, and positivity influences me to be a better person everyday. I had a lot of trauma growing up due to the things my father had done to my mother and I but that didn't stop her from giving me the best life possible. Ever since I was a child I have been way more comfortable/safe with my mom because she has always been there for me and has never left my side. My whole life my mom has been working non stop and trying to do her best to provide for me and give me a good life. My mom has been a teacher and substitute teacher most of her life before retail and was very popular at my elementary school in Canada. EVERYONE loved her. And I mean everyone. I was known as "Nilou's son" and not her being known as "Yasha's mom"... She also was a substitute teacher at my new elementary school when we moved to California and also ran many PTA events with all the other moms from my soccer team. Everyone knew my mom from the school/coaching staff and always spoke very highly of her to me with things like, "you are so lucky to have a mom like Niloufar" and "Niloufar is such a great teacher and so good with the kids". She never had issues with anyone. Not even a fly. My mom did all these things to be close to me and just because she cares so much about others. My mom is the type of person to always put herself before others and see people for the good in them. My mom has taught me so much in life it is unbelievable. In all aspects. My mom has taught me to help those in need and always believe in myself to the maximum extent. Even to always try and see the good in people. My mother's support is the only

thing that keeps me going in life and without her I am truly nothing, I would be completely lost and destroyed in life without her. My mom has always prioritized my needs over hers just for me to be happy. Growing up my mom has been the type of mom to be fine wearing ripped shoes and a ripped shirt as long as I was wearing something I liked and was happy. That has always been her mentality, putting herself before others. I used to ask my mom a lot, "Why are you so kind to everyone if not everyone is kind in this world" and she would always say it never hurts to spread kindness and positivity even if other people are not. The way my mother cares for other people honestly melts my heart. My mother has the type of heart to die for. I would not take 20 billion dollars for one tiny piece of my mothers heart. That is how much I care for her and that sweet personality she has. And I always worry everyday that someone, somewhere is going to abuse her kindness. But like I said, my mom is the type of person to put others before herself because that is the type of kind-hearted person Niloufar is. Every single year around the holidays, my mother cooks/buys food for over 60 people and distributes them to local homeless shelters in Orange County and also homeless people on the streets of Los Angeles. My mom would rather spend her day giving to others and making other people happy rather than doing things for her own benefit because that is the type of person she is. Also, this is not something my mom has just done once, she has done this every single year for as long as I can remember. But it is not just Christmas and Thanksgiving that she gives to the people, ever since my beautiful grandparents passed away not many years ago, my mom has been making a famous Persian dish called "Osh" on both of their birthdays to give out to our friends and family in addition to people in need on the streets. My mom makes Osh every year on their birthdays to remember them and I am thankful we still have this tradition even with the nightmare of the situation that we are in right now. Another reason my mom makes this Osh is because it is a tradition in Persian culture and she gets to make food to give to others, something her mother loved to do as well. I will never forget the countless nights my mom went sleepless just to care for me when I was ill, all the days she left work early just to be with me when I was feeling down, all the late shifts she worked just to provide for my Christmas gifts, birthday gifts, etc. And never one single complaint to anybody! She truly taught me what it means to be a hard worker. My father was never there and never did any of these things but Niloufar was always there for me and always did these things for me. Niloufar is the type of mother that every kid dreams about having and I am honored and very thankful to this very second, to call her my mother. You can definitely say that Niloufar did an extraordinary job raising me because I was an honor roll student all of high school, captain of my Varsity soccer team, and currently transferring to Penn State University this following fall semester to continue my education to one day become a federal defense attorney. I am currently enrolled at the school with the #1 transfer rate in the whole nation (Irvine Valley College) and I am doing a double major in political science as well as economics. My plans after attending Penn State University are to come back to California and attend USC law school to make my dream, and my moms dream come true. None of my success in life would have been accomplished without my mom. She is my #1 supporter every single day and I really hope I can one day return the favor. My mom has always pushed and motivated me to perform at

my best when it comes to anything and making her happy has always been one of my biggest motivations in life. She is my person. My best friend. My #1 supporter. My everything. From the bottom of my heart I would die for my mom and I really hope this letter helps you get to know Niloufar Bahadorifar the way I do.

I highly appreciate your time and hope you can see Niloufar Bahadorifar for the real kind-hearted person she is!

Thank you,

Yasha Beiraghi (Son. 20 Years old)

2/24/2023

# EXHIBIT P

Roza Mehdizadeh

█████ ████ ████████

Sherman Oaks, California, 91403

2/25/2023

To: The Honorable Judge Hon. Ronnie Abrams

My name is Roza Mehdizadeh, I know that Niloufar Bahadorifar has been convicted of a serious crime and will appear before you, Judge Abrams for sentencing. I knew Niloufar Bahadorifar for six years as she started dating my son Saman Mehdizadeh. From the first time I met her and her son, I really admire her as a good human being and a strong single mom. From my knowledge, I know she is from a respectful family. I trusted her from the beginning when I saw that she helps needy and elderly people without family members. She will go out of her way to cook food for those people and deliver food for them in her spare time. She even offers me and my family to join to help those in need. At all of our gathers from Shabbatts, birthdays, events, holidays, etc my family enjoys her presence at all of them. Niloufar Bahadorifar cared for me when I happened to have major surgery until I made a full recovery. Looking into her record before, she didn't even have a single driving ticket and her background was entirely clean. For these reasons, immediately when I heard she needed her bond to be signed, I was present at the court and signed my name to it. I am seventy three years old, I believe what she has been going through so far taught her a good lesson not to make any mistakes anymore. I hope she can go back to her normal life soon.

Sincerely,

Roza Mehdizadeh

*Roza Mehdizadeh*

# EXHIBIT Q

Yasaman Warner



75007, Paris, France

Paris, the 27th of February 2023

to the attention of:

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Dear Judge Abrams

My name is Yasaman Warner, I'm molecular biologist and naturopathic medicine specialist, German citizen and live in Paris, France.
I am writing this letter to express my support for Mrs Niloufar Bahadorifar, who is currently under trial in your Court.
Niloufar is my cousin and I have known her for my whole life and can attest to her character and integrity.

In my experience, Niloufar has always been a responsible and caring member of our family and as I remember was law-abiding member of community.
She has a nice soul and is very talented in photography and art and despite all the difficulties that she faced in her life, is really a good mother for her son.
She has always conducted herself in a professional and ethical manner. although I haven't seen her now for some years but she is actively involved in charity organization of my mom in Tehran and I myself witnessed that she helped lots of people in our homeland and has made a positive impact on the lives of some people in Iran.

I believe that Niloufar is a person of good character who has made a mistake. She is taking responsibility for her actions and is remorseful for any harm caused. I would respectfully request that the court take this into consideration when deciding on her sentence.

Thank you for your attention to this matter. If you require any additional information or would like to speak with me further, please do not hesitate to contact me.

Sincerely,

*Yasaman Warner*

Yasaman Warner

# EXHIBIT R

Hon. Ronnie Abrams

United State District judge

Southern District of New York

40 Foley Square

New York, New York 10007

Dear Hon. Ronnie Abrams,

My name is Saman Mehdizadeh and I have been a United States citizen and resident in Los Angeles California for the past 38 years. It is my understanding that Niloufar Bahadorifar has been convicted of a serious crime and she is to appear before you in court. I am writing this letter in regards to my kind hearted, wonderful fiance Ms. Niloufar Bahadorifar. Ms. Bahadorifar and I met 6 years ago at a friend's social gathering and she has always been a loyal, honest, and kind individual to me and my family. I have two beautiful, successful, and intelligent daughters aged 22 and 20 from my first marriage and the bond that Ms. Bahadorifar has created with my daughters is inseparable. She is supportive and welcoming to both my daughters. Furthermore, Ms. Bahadorifar is also a compassionate mother to her one hardworking intelligent 20 year old son from her first marriage. The moments that we share together as a family hold a special place in our hearts. I have cherished every moment I have been with Ms. Bahadorifar. The time I spend with her is extremely precious and the experiences, vacations, and family gatherings have created this bond that ties our family together. The comfort, strength, unconditional love and support Ms. Bahdorifar has given my family and I has truly shown me what an incredible woman she is. She means so much to both me and my daughters. Ms. Bahadorifar is not only a great mother, fiance, and step mom but she is also a giving handson woman who loves helping individuals in need to better her community. Almost every Sunday Ms. Bahadorifar and I prepare lunches, snacks, blankets, clothing, toiletries, and health care items to give to about 60-100 homeless individuals. This community that we have been serving for years allows us to connect with these individuals, to give them a sense of happiness and pride. To know that we make a small but powerful impact is the motivation that keeps us going. Seeing their happiness gives us the effort to do more, more for the community. It gives us a sense of happiness. Ms. Bahadorifar has always been doing acts of kindness just like this. She showed me what it truly means to live, love, and give. She wakes up every morning with the intention of helping others. Whether it be with food, items, or even words of encouragement. She is such a charitable, selfless individual. Ms. Bahadorifar has been an inspiration to me and my family. I am so lucky that my daughter and her son have such a wise and giving woman to look up to. I am grateful that God has given me such a special woman in my life. She showed me how to treat the world with kindness and to love the world with my whole heart. Although our kindness can sometimes backfire and hurt ourselves Ms. Bahadorifar's optimistic mentality is what stands out within her. All in all, I am so blessed to have Ms. Bahdorifar in my life. She has filled my life with so much joy. She has made my life better, healthier, and happier. Everyday I feel more accomplished knowing she is by my side supporting me every step of the way.

If you have any questions, please do not hesitate to contact me

Sincerely yours,
Saman Mehdizadeh

# EXHIBIT S

Hon. Ronnie Abrams

United States District Judge

Southern Districts Of New York

40 Foley Square

New York, New York 10007

Character Letter for Niloufar Bahadorifar

My name is Neda Bagherzadeh, I am a United States citizen and reside in Irvine, CA, and Niloufar Bahadorifar is one of my good friends. I recognize that Niloufar has been convicted of a serious crime and will appear in court for sentencing.

I am writing this letter to provide a character reference for Niloufar Bahadorifar, who I have known for several years. As a friend and colleague, I can attest to Niloufar's strong character and admirable qualities. In my experience, Niloufar has always been a person of high integrity and honesty. She has consistently demonstrated a strong sense of responsibility in her personal and professional life. She is dependable, reliable, and always follows through on her commitments.

Niloufar is a kind and empathetic person who treats others respectfully and compassionately. She is an excellent listener and has a natural ability to understand and empathize with people's struggles and challenges. Her kindness and generosity have made a positive impact on many people's lives, including my own. In addition, Niloufar is a highly skilled and talented individual. She is intelligent, analytical, and detail-oriented and always strives for excellence in her work. Her dedication and hard work have earned her the respect and admiration of her colleagues and peers.

Based on my personal experience with Niloufar, I am confident that she is a person of excellent character and would be a valuable asset to any community. I strongly recommend her and ask that you consider her positive qualities when making your decision.

Sincerely,

Neda Bagherzadeh

02-28-2023

# EXHIBIT T

02/26/2023

Hon. Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Dear Judge Abrams,

I am Mahi Hadizadeh, a friend and coworker of Niloufar Bahadorifar. I understand that she will be appearing before you for sentencing. I would like to take this opportunity to let you know that I was both troubled and surprised to hear about the choices she made with regard to this case.

Even though I came to her association through work, I have also known her outside of work as a friend for over 4 years. Niloufar has always been an upright and caring character for her friends and family. As a single mother, she has continually shown resilience, independence, and remarkable compassion towards everyone around her.

I strongly believe Niloufar has been unintentionally trapped in this scenario and trust the court will look at the matter from all possible angles.

Sincerely,

Mahi Hadizadeh

# EXHIBIT U

Hon. Ronnie Abrams

United States District Judge

Southern District of New York

40 Foley Square

New York, New York 10007

To the Honorable Judge Abrams,

I, Ali Maroufkhani, a proud citizen of the United States, have been residing in California for 25 years and write this letter of reference regarding Niloufar Bahadorifar, who has been my trusted friend for more than 15 years, to shed light on and defend her sincere character. I recognize the seriousness of the crimes Niloufar Bahadorifar has been convicted of and understand that she will appear before Judge Abrams for sentencing; however, I hope the court will show leniency and reason.

During the 15 years I've known Niloufar, she has always been a genuine friend and a respectable community member. In our friendship, Niloufar Bahadorifar has consistently demonstrated her compassion, and when my family and I recently had to make the difficult choice of putting my dog down, she was by our side the entire time. Niloufar recognized our vulnerability and devastation after the passing of our beloved family pet, and she opened up her home to us repeatedly. Niloufar went out of her way and bought us a beautiful bouquet and invited us for dinner on multiple occasions to comfort us during our period of grief. Niloufar comforted my two children, who felt disoriented after their childhood best friend had passed, and she treated them with grace. I am inspired by Niloufar's willingness to help those around her and this instance of kindness helped me heal and revealed that I will always have her support.

Niloufar Bahadorifar has always been a decent citizen and contributes to her friends and family in many ways. This recent case has been unsettling as Niloufar has always been an honest woman. For this reason, I am fortunate to write this letter on behalf of Niloufar and I have faith that the court will consider this anecdote at the time of sentencing. I am available to confirm the stated facts in his letter by email. Thank you for your time.

Respectfully,

Ali Maroufkhani

Date: 2/26/2023

# EXHIBIT V

Hon. Ronnie Abrams

United States District Judge

Southern District of New York

40 Foley Square

New York, New York 10007


Dear Honorable Judge Abrams,

My name is Lily Marouf, and I am writing on behalf of my good friend, Niloufar Bahadorifar. I am a citizen of the United States and have been residing in California for 25 years. I realize Niloufar has pleaded guilty to a conspiracy charge to violate US economic sanctions in Iran and will appear before Judge Abrams for sentencing. I want to offer a glimpse of who Niloufar is, and that is someone who is far more than the offense she pled guilty to.

Niloufar Bahadorifar and I met in high school, in Iran, and instantly became very close. Her generosity and kind-heartedness captivated me and continue to do so today, over two decades later. Last year, my family and I became very ill due to the COVID-19 pandemic. When Niloufar heard this news, she was the first person to put her safety on the line to deliver food to my children and me every day. She put her well-being at risk to go grocery shopping for me and bring it to my home on multiple occasions, knowing I was ailing and couldn't myself. This, to anyone, would show Niloufar's true selfless and noble character. She didn't consider her own protection first, because her friends are always more important to her.

Additionally, Niloufar and her partner Saman serve unhoused individuals with food and water along Skid Row in Los Angeles, one of the largest homeless populations in the United States. Niloufar understands that Skid Row, like any other community, is filled with spirited people who have very big hearts. Every time she hands out food or water to the homeless,

Niloufar hopes she is doing what she can to make the community a better place. She tells me it makes her feel empowered, and that it's the moral thing to do.

In addition to our friendship, Niloufar Bahadorifar wears many different hats. She is a mother, a friend, and a hard worker, and she gives back to communities in need. Through her care and warmheartedness, I have learned how to be more gentle to those around me. As a mother of two, I am inspired by her motivation to constantly help those around her. While it is unfortunate that she has made some bad decisions, thus resulting in this case, I believe that as we move forward, Niloufar will emerge as a better person.

Thank you for taking the time to learn more about Niloufar. It is my sincere hope that the court takes this letter into consideration at the time of sentencing. Despite the current case, I still believe Niloufar Bahadorifar to be an honorable individual, a valuable member of my community, and a good human being. I am available to confirm the facts in this letter by email. Thank you.

Respectfully,

Lily Marouf

Date: 26/02/2023

# EXHIBIT W

Your Honor, Ronnie Abrams

I, Hamadeh Falsafi, NMD., write this letter of reference about Niloufar Bahadorifar with whom I had both professional and personal interactions for more than 7 years, to clarify her good character.

Niloufar was referred to me through a common friend (Mr. Rahebi, hairstylist) as a patient, however due to her pleasant and caring character, and meeting her on few events outside the office and at her workplace we became friends. During this period, I have found her a devoted caring mother and friend. Based on our mutual interactions I could see that she has been raised in a well-respected family with love and moral values. She was always graceful to the support of her parents and partner, so she was the same for others. I have seen her taking food for her friends when they got sick. She has a positive attitude in life and always focus on the goodness of others. For this reason, her friends and family members count on her when they need any emotional support. At her work as a customer, I found her very kind and devoted to her work and colleagues. It was surprising for me to see her thinking of other sales personnel not just herself. In summary she has a great sense of sympathy and integrity and is far from any negative thought and deed.

Considering Niloufar's behavioral and moral qualities, I am confident that her intentions are based on love and support of others. I hope you consider this reference letter when determining the outcome of this case.

In case if any further information is required, please, do not hesitate to contact me.

Best regards,

Hamideh Falsafi, NMD.

Irvine, CA, 92612



# EXHIBIT X

Afsaneh Pirhusseinlou

February 28, 2023

Hon. Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Honorable Ronnie Abrams,

My name is Afsaneh Pirhusseinlou, a naturalized citizen of the United States of America who loves this country and is proud to be an American. I currently reside in Irvine, California.

I have known Ms. Niloufar Bahadorifar since 2014. We were co-workers at Macy's in Newport Beach, California. We also became close friends. I met her family. She was raised in a well-known and respected family. I found Ms. Bahadorifar to be very helpful to others always extending a helping hand to people in need of support. She received many recognitions for her dedication to work and customer service. She was also engaged in the community. As an example, she raised money for a colleague who lost her child due to illness. She was also involved in the community's breast cancer awareness activities, among other similar activities. My understanding of Ms. Bahadorifar is that she is a person of generous soul always eager to extend a helping hand to people in need.

I understand that Ms. Bahadorifar has been convicted of serious crimes and will appear before Your Honor for sentencing.


Respectfully,
Afsaneh Pirhusseinlou

# EXHIBIT Y

To:    Hon. Ronnie Abrams
       United States District Judge
       Southern District of New York
       40 Foley Square
       New York, New York 10007

I met Niloufar about 6 years ago. She was very friendly
and got along with everyone very well. About a year later, She invited
me and my friend to her home. I learned that she was an honest and
hard working person. She talked about her son and how much she
cared about him and his education and success.
I understand she is caught in some issues that she didn't know anything
about. I hope you can have forgiveness towards her.

Best regards,
Shawn Ahoubim



**KIA FEYZJOU**
4275 MAIN STREET, RIVERSIDE, CALIFORNIA 92501
T: ▇▇▇▇▇▇▇

### Letter of Reference for Nilourfar Bahadorifar

February 25, 2023

Hon. Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

To Your Honor Abrams:

Please accept this letter as my letter of reference for Ms. Bahadorifar. I am a licensed attorney here in California, having practiced criminal defense for the past 22 years at the state level. I have known her boyfriend Saman Mehdizadeh since we were in elementary school over 40 years ago. Saman and I essentially grew up together as our moms remain best friends. Saman would always talk about how wonderful Niloufar was. Occasionally, Niloufar and I would talk on the phone when Saman and I spoke. I found our conversations to always be uplifting.

About 2 months ago, I attended an event where Niloufar was present. It was a gathering of about 50 people. We all had dinner together and I had a more in-depth opportunity to get to know her. Niloufar had shared with me the fact that she was facing federal charges. Although I don't practice federal criminal defense, I recognize the severity of her charges.

Overall, I found her to be a person worthy of rehabilitation and someone that should get some leniency at sentencing. In that dinner we had, I noticed her devoted love for her son who was about my child's age. She kept showing me pictures of their relationship. I found her to be a very loving mother.

I do believe that with sufficient rehabilitation, she can be a productive member of our society

*Kia Feyzjou*

By: _____
KIA FEYZJOU

Nader Afshar

Fortmill SC 29708.

Hon.Ronnie Abrams.
United state district Judge.
Southern district of New York.
40 Foley Square.
New York New York
10007

My name is Nader Afshar I am a USA citizen. I am married with four children. I am the president of Southern Land Holding LLC in North Carolina since 1997. I live with my family in York Country in SC.

I recognize that Niloufar has been convicted of serious crime and will appear before Hon. Judge Abrams for sentencing.

I am Niloufar Bahadorifar Uncle and also she is the cousin of my four children. Although we live far a part from each other but the connection between Niloufar and my family always been strong through visiting and communicating.

Niloufar has been an inspiration not only for her Community but also for me and my four children. She has always encourage my children to do the right thing and succeed in life. She is a caring mother for her own son and provide everything for better life for her son. As a sixty three years old uncle I can truly say she has been inspiration for me and my family, she works hard, and carries themselves in a polite, respectable manner. I can say she has a big heart for people. I would like to thank you in advance for reading my story about Niloufar Bahadorifar.

Sincerely yours
Nader Afshar
02/24/23