# Christian R. Jensen
*Attorney at Law*

June 5, 2024

**By ECF**
Hon. Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

> Application granted. The Court will permit this final adjournment. Ms. Bahadorifar, however, is warned that she must get any and all medical treatment she seeks prior to July 12, 2024. Any remaining issues will be addressed by the Bureau of Prisons, as the Court has been assured that it can and will accommodate her medical needs.
>
> SO ORDERED.
>
> Ronnie Abrams, U.S.D.J.
> June 5, 2024

Re: **United States v. Niloufar Bahadorifar**, 21 CR 430 (RA)

Dear Judge Abrams:

This letter is a request to delay the surrender date for defendant Niloufar Bahadorifar. She is currently scheduled to surrender on June 7, 2024 to the Federal Correctional Institution in Hazelton, West Virginia. Ms. Bahadorifar's physical condition is deteriorating. She has been diagnosed with Lupus with explains why she can no longer walk, has extreme muscle weakness and is having trouble breathing.

She has been diagnosed with coronary artery disease. It is recommended she have a stent placed in the artery.

She is still suffering from seizure disorder, despite the medication she is taking. Ms. Bahadorifar has an MRI Brain scheduled for tomorrow, June 6.

The doctors diagnosis as well as proof of the MRI will be sent by email in order to protect Ms. Bahadorifar's privacy.

*2122 N. Broadway*
*Santa Ana, California 92706*

714-334-7930
*crjensen@mac.com*

Given Ms. Bahadorifar's current medical state, we respectfully request the court extend her surrender date to July 12, 2024.

Respectfully submitted,

CHRISTIAN R. JENSEN
Attorney for Niloufar Bahadorifar